UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| GORDON C. OUTLAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:14-CV-523-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss the present action as duplicative of a prior action by the same plaintiff, 5:11-CV-647-FL.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 23, 2014, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. This action is dismissed without prejudice to enable continuation of proceedings in Case No. 5:11-CV-647-FL.

**This Judgment Filed and Entered on December 24, 2014, and Copies To:**
Gordon C. Outlaw (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


December 24, 2014                        JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk